# EXHIBIT 1

**Pointdujour, Rachelle**

| | |
|---|---|
| **From:** | Shroff, Armeen Mistry |
| **Sent:** | Wednesday, October 26, 2022 1:35 PM |
| **To:** | markdobronski@yahoo.com |
| **Subject:** | Dobronski v. Family First Life, LLC et al., Case No. 2:22-cv-12039-DPH-JJCG |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mr. Dobronski:

I represent defendants Khonsavan Vongdara, Shannon Adams, Donte Grant, Vanessa Isabel Powell, and Dario Joseph Wickham in the above-referenced case. You have previously corresponded with my colleagues about this case.

I write to request your consent to a Motion to Dismiss pursuant to Rule 12(b)(6) that we intend to file on these defendants' behalf tomorrow. The legal bases for the motion are that Plaintiff lacks Article III standing, Plaintiff failed to plead facts that would allow the Court to reasonably infer that Defendants utilized an automated telephone dialing system, and Plaintiff fails to sufficiently plead vicarious liability under the TCPA.

Please confirm whether you concur with this Motion. Should you wish to discuss further, we are available to discuss.

Thank you,
Armeen

**Armeen Mistry Shroff**
Associate
Direct: 248.359.7314 | Internal: 802-7314
armeen.shroff@troutman.com
Pronouns: she, her, hers

_____

**troutman pepper**
Suite 1800, 4000 Town Center
Southfield, MI 48075-1505
troutman.com

_____

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

1