# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI,<br><br>    Plaintiff,<br><br>v.<br><br>FAMILY FIRST LIFE, LLC, et al.,<br><br>    Defendant. | Case No. 2:22-cv-12039<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge Jonathan J.C. Grey |

**INDEX OF EXHIBITS TO DEFENDANTS' REPLY BRIEF
IN FURTHER SUPPORT OF MOTION TO DISMISS**

1. November 21, 2022 Email from Defendants' Counsel to Plaintiff.

137891192v1