UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI**, | Case No. **2:22-cv-12039-DPH-JJCG** |
| Plaintiff, | Honorable Denise Page Hood<br>United States District Judge |
| v. | |
| **FAMILY FIRST LIFE, LLC**, *et al.* | Honorable Jonathan J.C. Grey<br>United States Magistrate Judge |
| Defendants. | |

_____

**PLAINTIFF MARK W. DOBRONSKI'S**
***EX PARTE* MOTION TO EXCEED PAGE LIMITS**

Plaintiff Mark W. Dobronski, appearing *in propria persona*, hereby moves this court, pursuant to Rule 7.1(d)(3)(A) of this Court's Local Rules of Civil Procedure, for an Order granting Plaintiff leave to file its Response ("Response") in Opposition to Defendant Family First Life, LLC's Motion to Dismiss Plaintiff's Amended Complaint Under FRCP 12(b)(1), 12(b)(6), and 8(a)(2), or in the Alternative, Motion for a More Definite Statement Under FRCP 12(e) ("Motion") [ECF No. 107] with a brief in excess of 25 pages.  In support of this motion, Plaintiff states as follows:

1. Local Rule 7.1(d)(3)(A) provides, in relevant part, that "[t]he text of a brief supporting a motion or response, including footnotes and signatures, may not exceed 25 pages."

2. Plaintiff has made every effort to be both concise and complete in its

Response brief.

3.  Despite Plaintiff's diligent efforts to condense its Response, Plaintiff has exceeded the page limits set forth at Local Rule 7.1(d)(3)(A) by ten (10) pages.

4.  The need for the additional pages was as result of the need to respond to numerous allegations which involved multiple parties which were referenced in Defendant's Motion.

5.  Concurrent with the filing of this motion, Plaintiff has filed its Response, the brief being thirty five (35) pages in length.

WHEREFORE, Plaintiff respectfully requests:

1.  That this Court allow Plaintiff to file its Response brief in excess of twenty five (25) pages; and,

2.  That this Court accept the Response brief filed by Plaintiff which is thirty five (35) pages in length.

Respectfully submitted,

Date: April 12, 2023

_____
Mark W. Dobronski
Post Office Box 85547
Westland, Michigan 48185-0547
Telephone: (734) 330-9671
markdobronski@yahoo.com
Plaintiff *In Propria Persona*

## **CERTIFICATE OF SERVICE**

      I, Mark W. Dobronski, certify that on **April 12, 2023**, I caused a copy of the foregoing *Plaintiff Mark W. Dobronski's Ex Parte Motion to Exceed Page Limits* to be served upon all parties of record by sending same in a sealed envelope, with first-class postage fully prepaid thereupon, and deposited in the United States Mail, addressed as follows:

D. Peter Valiotis, Esq.
Clark Hill PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435

Lewis Jan Friedman
921 Ormsby Street
Vista, California 92084-1436

John T. Mihelick, Esq.
Dinsmore & Shohl, LLP
900 Wilshire Drive, Suite 300
Troy, Michigan 48084-1600

Jennifer W. Weller, Esq.
Hinshaw & Culbertson, LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606-1915

Matthew J. Lund, Esq.
Troutman Pepper Hamilton Sanders LLP
4000 Town Center, Suite 1800
Southfield, Michigan 48075-1505

Alvin Lee, Esq.
King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, New York 10036-2603

_____
Mark W. Dobronski