# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARK DOBRONSKI,

      Plaintiff,

v.

FAMILY FIRST LIFE, LLC, et al.,

      Defendant.
_____/

Case No. 2:22-cv-12039-JJCG

Hon. Denise Page Hood

Magistrate Judge Jonathan J.C. Grey

## NOTICE OF APPEARANCE

TO:    CLERK OF THE COURT
          ALL COUNSEL OF RECORD

Please enter my appearance on behalf of Defendants Paul Ryan Christle and Blake Hunter Scheifele.

Respectfully submitted,

*/s/ Virginia B. Flynn*
Virginia B. Flynn
TROUTMAN PEPPER HAMILTON
SANDERS LLP
301 S. College Street 34th Floor
Charlotte, NC 28202
virginia.flynn@troutman.com
*Attorneys for Defendants Emmanuel Chibuzor Igweh, Vanina E. Bonanno, Khonsovan Vongdara, Shannon Adams, Donte Grant, Vanessa Isabel Powell, Dario Joseph Wickham, Paul Ryan Christle and Blake Hunter Scheifele*

Dated: May 2, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,

    Plaintiff,       Case No. 2:22-cv-12039-JJCG

v.       Hon. Denise Page Hood

FAMILY FIRST LIFE, LLC, et al.,       Magistrate Judge Jonathan J.C. Grey

    Defendant.
_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on this date, May 2, 2023. I further certify that a copy will be sent via U.S. Mail, postage prepaid, to:

Mark W. Dobronski
PO Box 85547
Westland, MI  48185-0547

                         */s/ Virginia B. Flynn*
                         Virginia Bell Flynn