UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,

      Plaintiff,

v.

FAMILY FIRST LIFE, LLC, et al.,

      Defendant.

_____/

Case No. 2:22-cv-12039-JJCG

Hon. Denise Page Hood

Magistrate Judge Jonathan J.C. Grey

## **NOTICE OF APPEARANCE**

TO:    CLERK OF THE COURT
          ALL COUNSEL OF RECORD

Please enter my appearance on behalf of Defendants Paul Ryan Christle and Blake Hunter Scheifele.

Respectfully submitted,

*/s/ Chad Fuller*
CHAD FULLER
TROUTMAN PEPPER HAMILTON SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, CA  92130-2092
chad.fuller@troutman.com
*Attorneys for Defendants Emmanuel Chibuzor Igweh, Vanina E. Bonanno, Khonsovan Vongdara, Shannon Adams, Donte Grant, Vanessa Isabel Powell, Dario Joseph Wickham, Paul Ryan Christle and Blake Hunter Scheifele*

Dated:  May 2, 2023

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARK DOBRONSKI,

      Plaintiff,                           Case No. 2:22-cv-12039-JJCG

v.                                       Hon. Denise Page Hood

FAMILY FIRST LIFE, LLC, et al.,     Magistrate Judge Jonathan J.C. Grey

      Defendant.
_____/

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on this date, May 2, 2023. I further certify that a copy will be sent via U.S. Mail, postage prepaid, to:

    Mark W. Dobronski
    PO Box 85547
    Westland, MI  48185-0547

                                             */s/ Chad Fuller*
                                             Chad Fuller