# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FAMILY FIRST LIFE, LLC, et al.,<br><br>　　　　Defendants. | Case No.  2:22-cv-12039-JJCG<br><br>Hon. Denise Page Hood<br><br>Magistrate Judge Jonathan J.C. Grey |

## MOTION TO WITHDRAW ECF NO. 108 IN LIGHT OF FLORIDA COURT'S DEFAULT JUDGMENT ORDER

1

Defendant Family First Life, LLC ("FFL") respectfully requests that the Court withdraw FFL's Motion to Dismiss, Stay, or Transfer Under the First to File Rule, ECF No. 108.  In support of this Motion, FFL submits two recent orders in *Family First Life, LLC v. David Rutstein, et al.*, Case No. 9:22-cv-80243 (S.D. Fla., filed Feb. 15, 2022): (1) the Order Granting FFL's Motion for Default Judgment as to Damages, attached hereto as **Exhibit A**; and (2) the Order Accepting the Magistrates' Report and Recommendation for FFL's Attorneys' Fees, attached hereto as **Exhibit B**.  Since the entry of these orders, FFL's Motion at ECF No. 108 is now moot. The Court therefore only needs to address FFL's motion to dismiss, ECF No. 107, at the upcoming hearing on September 27, 2023.

In the Default Judgment Order entered on August 18, 2023, Judge Cannon accepted FFL's damages request for $5,299,519 trebled to $15,898,557 against Defendant David Rutstein and his business "NAAIP" and ordered $43,000 in civil sanctions.  **Exhibit A** at 3-4, 6, 8. Then on September 12, 2023, Judge Cannon entered the Attorneys' Fees Order, accepting the Magistrate's Report and Recommendation to Grant FFL's Motion for Attorneys' Fees. **Exhibit B** at 1.  The case is now closed, and the issues briefed in FFL's Motion under the First to File Rule, ECF No. 108, are therefore moot, notwithstanding Plaintiff Dobronski's affiliations and communications with Rutstein.

Dated: September 18, 2023

Respectfully submitted,

*/s/ James Cone*
James Cone (P64663)
**KING & SPALDING, LLP**
1180 Peachtree St NE
38th Floor
Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4664
jcone@kslaw.com

Livia M. Kiser
110 N Wacker Drive, Suite 3800
Chicago, Illinois 60603
Tel: (312) 995 6333
Fax: (312) 995 6330
lkiser@kslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I caused to be served or arranged to be mailed on the next available business day a copy of the foregoing and supporting documents as follows:

| | |
|---|---|
| Mark W. Dobronoski<br>P.O. Box 85547<br>Westland, MI 48185-0547<br>*Plaintiff Pro Se* | Via U.S. Mail |
| Lewis Jan Friedman<br>921 Ormsby St<br>Vista, CA 92084<br>*Defendant Pro Se* | Via U.S. Mail |

3

| | |
|---|---|
| D. Peter Valiotis<br>Clark Hill<br>500 Woodward Avenue, Suite 3500<br>Detroit, MI 48226−3435<br>*Counsel for Defendant United*<br>*Omaha Life Insurance Company* | Via CM/ECF |
| John T. Mihelick<br>Karen Hockstad<br>Dinsmore & Shohl<br>900 Wilshire Drive, Suite 300<br>Troy, MI 48084<br>*Counsel for Defendant American*<br>*Financial Life and Annuity*<br>*Insurance Company* | Via CM/ECF |
| David M. Schultz<br>Jennifer W. Weller<br>Hinshaw & Culbertson LLP<br>151 N. Franklin Street, Suite 2500<br>Chicago, IL 60606<br>*Counsel for Defendant Great*<br>*Western Insurance Company* | Via CM/ECF |
| Armeen Mistry Shroff<br>Matthew J. Lund<br>Chad Fuller<br>Troutman Pepper Hamilton<br>Sanders LLP<br>4000 Town Center, Suite 1800<br>Southfield, MI 48075−1505<br>*Counsel for Defendants*<br>*Khonsavan Vongdara*<br>*Shannon Adams*<br>*Donte C. Grant*<br>*Vanessa Isabel Powell*<br>*Emmanuel Chibuzor Igweh*<br>*Dario Joseph Wickham* | Via CM/ECF |

| | |
|---|---|
| Chad Fuller<br>Troutman Pepper Hamilton<br>Sanders LLP<br>11652 El Camino Real, Suite 400<br>San Diego, CA 92130-2092<br>*Counsel for Defendants*<br>*Khonsavan Vongdara*<br>*Shannon Adams*<br>*Donte C. Grant*<br>*Vanessa Isabel Powell*<br>*Emmanuel Chibuzor Igweh*<br>*Dario Joseph Wickham* | Via CM/ECF |
| Virginia B. Flynn<br>Troutman Pepper Hamilton<br>Sanders LLP<br>301 S. College Street 34th Floor<br>Charlotte, NC 28202<br>*Counsel for Defendants*<br>*Khonsavan Vongdara*<br>*Shannon Adams*<br>*Donte C. Grant*<br>*Vanessa Isabel Powell*<br>*Emmanuel Chibuzor Igweh*<br>*Dario Joseph Wickham* | Via CM/ECF |

        */s/ James Cone*
        James Cone