UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

Case No.  2:22-cv-12039
District Judge Mark A. Goldsmith
Magistrate Judge Kimberly G. Altman

FAMILY FIRST LIFE, LLC; UNITED OF OMAHA LIFE INSURANCE COMPANY; AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY; GREAT WESTERN INSURANCE COMPANY; YOUR SENIOR CARE INC.; KHONSAVAN VONGDARA; LEWIS JAN FRIEDMAN a/k/a LUKE FRIEDMAN; SHANNON ADAMS a/k/a CLAUDIA SHANNON ADAMS; DONTE C. GRANT; OLIVIA PEREZ; VANINA E. BONANNO; VANESSA ISABEL POWELL; EMMANUEL CHIBUZOR IGWEH; DARIO JOSEPH WICKHAM; BLAKE HUNTER SCHEIFELE; PAUL RYAN CHRISTLE; and GRETCHEN LOUISE DROUHARD,

    Defendants.
_____/

## ORDER TO ATTEND VIDEO SCHEDULING CONFERENCE AND NOTICE OF REQUIREMENTS FOR SUBMISSION OF DISCOVERY PLAN

This is a consumer rights case. On November 20, 2023, all pretrial matters were referred to the undersigned. (ECF No. 172). Following the entry of a report and recommendation by the undersigned on defendants' motions to dismiss, which was adopted in part by the district court, the following claims/defendants remain:

> Count I as to all Defendants;
> Count II as to Perez, Grant, Family First, Americo, and United;
> Count V as to Family First, Americo, and United;
> Counts VI through X as to Vongdara;
> Count XII as to Perez, Grant, Family First, Americo, and United; and
> Count XIII as to all Defendants

(ECF No. 189).

In order to move this case along, which has been pending since August 2022, the parties are directed to appear by Video Conference before Magistrate Judge Kimberly G. Altman for a Case Management and Scheduling Conference (the Conference) on **Monday, April 8, 2024, at 2:00 p.m.** The link to the conference will be emailed separately.

The purpose of the Conference is to make the Court aware of the issues involved, to discuss the possibility of settlement, and to establish appropriate case management dates.

Prior to the Conference, counsel shall meet and confer in order to prepare a Joint Case Management Report/Discovery Plan (the Plan) in accordance with Federal Rule of Civil Procedure 26(f). The parties shall file the Plan on or before

the date of the conference.

    SO ORDERED.

Dated: April 1, 2024　　　　　　　　　　s/Kimberly G. Altman  
Detroit, Michigan　　　　　　　　　　　KIMBERLY G. ALTMAN  
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 1, 2024.

　　　　　　　　　　　　　　　　　　　s/Carolyn Ciesla  
　　　　　　　　　　　　　　　　　　　CAROLYN CIESLA