# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MARK W. DOBRONSKI**,

        Plaintiff,

v.

**FAMILY FIRST LIFE, LLC**, *et al.*

        Defendants.

Case No. **2:22-cv-12039-MAG-KGA**

Honorable Mark A. Goldsmith
United States District Judge

Honorable Kimberly G. Altman
United States Magistrate Judge

_____

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, Mark W. Dobronski, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby requests that this Court enter its order dismissing the above-captioned case *without* prejudice as to Defendant GRETCHEN LOUISE DROUHARD ("Drouhard") only.

Plaintiff has been unable to effect service of the summons and complaint upon Drouhard. No answer or motion for summary judgment has been filed by Drouhard.

        Respectfully submitted,

Date: April 19, 2024

_____
Mark W. Dobronski
Post Office Box 99
Dexter, Michigan 48130-0099
(734) 641-2300
markdobronski@yahoo.com
Plaintiff *In Propria Persona*

1

## **CERTIFICATE OF SERVICE**

  I hereby certify that on **April 19, 2024**, I electronically filed the foregoing *Plaintiff's Notice of Dismissal* with the Clerk of the Court via the Court's Pro Se Document Upload utility, which will send notification of such filing to all counsel of record via the CM/ECF system, and additionally to non-filing users by sending same in a sealed envelope, with first class postage fully prepaid thereupon, and deposited in the United States Mail, addressed as follows:

    Lewis Jan Friedman
    921 Ormsby Street
    Vista, California 92084-1436

           _____
           Mark W. Dobronski

2