# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI, | Case No. 2:22-cv-12039 |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | Magistrate Judge Kimberly G. Altman |
| FAMILY FIRST LIFE, LLC, et al., | |
| Defendants. | |

**DEFENDANT FAMILY FIRST LIFE, LLC'S NOTICE OF SETTLEMENT**

PLEASE TAKE NOTE THAT, consistent with Local Rule 41.1[1] of the Eastern District of Michigan Southern Division, Plaintiff Mark W. Dobronski ("Plaintiff"); Defendants Family First Life, LLC; United of Omaha Life Insurance Company; Americo Financial Life and Annuity Insurance Company; Great Western Insurance Company; Your Senior Care Inc.; and twelve individuals[2] ("Defendants")

---

[1] LR 41.1: Settlements: "Whenever an action pending in this Court is to be settled by the parties thereto, otherwise disposed of out of Court, or obviously will not be tried, to the knowledge of counsel or a party without counsel, it shall be the duty of counsel for all parties or any party without counsel to see that immediate notice of such fact is given to the courtroom deputy clerk of the Judge handling the case."

[2] The individuals are Khonsavan Vongdara, Shannon Adams, Donte C. Grant, Vanina E. Bonanno, Vanessa Isabel Powell, Emmanuel Chibuzor Igweh, Dario

(collectively the "Parties") have reached a settlement in principle, which will fully resolve all claims in the above-captioned case.

The Parties are in the process of memorializing the terms of the settlement. Following the execution of the agreement, and no later than 21 calendar days thereafter[3], the Parties will file a stipulation of dismissal of Plaintiff's claims with prejudice.

---

Joseph Wickham, Blake Hunter Scheifele, Lewis Jan Freidman, Olivia Perez, Gretchen Drouhard, and Paul Ryan Christle

[3] Please see the District Court of the Eastern District of Michigan, LR 16.4: Facilitative Mediation: "(7) Settlement. If the case is settled, the parties must notify the court without delay and submit appropriate documents to conclude the case within 21 days of settlement.

                                                 Respectfully submitted,

BY:    /s/Michael D. Weaver
        MICHAEL D. WEAVER  P43985
        Attorney for Defendant
        38505 Woodward Avenue
        Suite 100
        Bloomfield Hills, MI  48304
        (248) 901-4025
        mweaver@plunkettcooney.com

Livia M. Kiser (*pro hac vice*)
**KING & SPALDING, LLP**
Livia M. Kiser
110 N Wacker Drive, Suite 3800
Chicago, Illinois 60603
Tel: (312) 995 6333
Fax: (312) 995 6330
lkiser@kslaw.com

Dated: October 18, 2024

---

### PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties on 10/18/2024by:

___ U.S. MAIL            ___ FAX

___ HAND DELIVERED    ___ OVERNIGHT EXPRESS

___ FEDERAL EXPRESS    _X_ OTHER (CM/ECF)

Signature: _____/s/Amy J. Wells_____

Open.29867.33372.35328201-1