UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK DOBRONSKI, | Case No. 2:22-cv-12039-MAG-KGA |
| Plaintiff, | Hon. Mark A. Goldsmith |
| v. | Magistrate Judge Kimberly G. Altman |
| FAMILY FIRST LIFE, LLC, et al., | |
| Defendants. | |

**ORDER**

THIS CAUSE is before the Court upon the parties Stipulation of Dismissal. The Court hereby orders that:

1. The case is dismissed with prejudice.

2. All parties to bear his, her, or their own costs.

So ordered this 27th day of January, 2025

s/Mark A. Goldsmith
The Honorable Mark A. Goldsmith
United States District Judge